UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
JENNIFER YANG,

                        Plaintiff,

     v.

THE NAVIGATORS GROUP, INC.;

                        Defendant.
-----------------------------------------------------------------

Index No. 13-CV-02073

STIPULATION OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the above-captioned action be dismissed with prejudice in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure and with each party to bear its own costs, expenses, disbursements and attorneys' fees.

Dated: June ___, 2017
       New York, New York

KAISER SAURBORN & MAIR, P.C.

By: _____
   Daniel J. Kaiser
111 Broadway, 18th Floor
New York, New York 10006
(212) 339-9100
*Attorneys for Plaintiff Jennifer Yang*

Dated: June 20th, 2017
       New York, New York

LITTLER MENDELSON, PC

By: Michael Weber
   A. Michael Weber
   Meredith L. Kaufman
900 Third Avenue
New York, New York 10022
(212) 583-2660
*Attorneys for Defendant The Navigators Group, Inc.*

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.

June 21, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2017